## Commonwealth *v.* Tyczkowski, Appellant.

Submitted November 16, 1972. *Burton L. Fish,* for appellant; *Alois Lubiejewski,* Assistant District Attorney, and *R. Gordon Kennedy,* District Attorney, for Commonwealth, appellee.

Order affirmed.

## Commonwealth *v.* Walker, Appellant.

Argued November 13, 1972. *J. Graham Sale, Jr.,* Assistant Public Defender, with him *John J. Dean,* Assistant Public Defender, and *George H. Ross,* Public Defender, for appellant; *John G. Alford,* Assistant District Attorney, with him *Robert L. Eberhardt,* Assistant District Attorney, and *Robert W. Duggan,* District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.

Cercone, J., absent.